JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN LEE RINTYE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TRENT ALLEN, Acting Warden,[1]<br><br>　　　　　Respondent. | Case No. EDCV 21-1544 CJC (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: June 2, 2022

　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Trent Allen, Acting Warden at Salinas Valley State Prison, where Petitioner is currently incarcerated, is substituted for the Respondent identified as "Warden of California Health Care Facility" in the Petition. *See* Fed. R. Civ. P. 25(d).